ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

DEPUTY CLERK _____

Robert P + Patricia Savarese
_____
Plaintiff

3:10-CV-773-B

v.
_____
Civil Action No.

Countrywide Home Loans
_____
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(f), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

_____
(Plaintiff/Defendant Name)

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Countrywide Home Loans, Barrett Burke, Daffin, Frappier, Turner Engel LLP et, Micheal Barrett, Maris + Lawer

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Robert Paul Savarese, Patricia Faye Savarese

|  |  |
|---|---|
| Date: | 4-16-2010 |
| Signature: | Robert P Savarese |
| Print Name: | Robert P SAVArese |
| Bar Number: | N/A |
| Address: | 118 Wagon Wheel Lane |
| City, State, Zip: | Wylie TX 75098 |
| Telephone: | 972-475-4190 |
| Fax: | |
| E-Mail: | |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons